IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MOHAMMED YAHYA ABDULLAH, § <br> Petitioner, § <br> V. § <br> § <br> CHARLOTTE COLLINS, Warden of T. § <br> Don Hutto Detention Center, and KRISTI § <br> NOEM, § <br> Respondents. § | A-25-CV-806-DAE-ML |

### ORDER

Before the court is Petitioner's Motion for Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. 1). Petitioner has not paid the $5.00 filing fee required to bring such an action, nor has he filed an application to proceed *in forma pauperis*.

Therefore, it is **ORDERED** that the Clerk shall forward to Petitioner an application to proceed *in forma paupers* and that Petitioner, **within 30 days** of the filing of this Order, must submit **either** the filing fee of $5.00 or a completed application to proceed *in forma pauperis* together with an *in forma pauperis* data sheet certified by one of the officers in the law library, for this case to proceed. The officer in the law library will provide the *in forma pauperis* data sheet.

SIGNED June 4, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

1